UNITED STATE DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
JIXIANG WANG, *individually and on behalf*　　　Case No. 17-cv-2013
*of other similarly situated,*
　　　　　　　　　　　　Plaintiff,

　　　　　　　vs.　　　　　　　　　　　**[PROPOSED] JUDGMENT**

HAPPY HOT HUNAN RESTAURANT, INC. d/b/a
HAPPY HOT HUNAN, YUNCHOU LIU a/k/a
YUN CHOU LIU, YING LIU, and CAIFA ZOU,

　　　　　　　　　　　　Defendants,
------------------------------------------------------------------------ x

## JUDGMENT

　　　　This action having come on for trial on April 8, 2019, April 9, 2019, and May 1, 2019, and the Court having considered the testimony of the parties and witnesses, and the evidence, it is ORDERED, ADJUDGED and DECREED as follows:

　　　　That the executive exemption applies to the plaintiff, Jixiang Wang, under the Fair Labor Standard Act ("FLSA") and the New York Labor Law ("NYLL");

　　　　That the defendants, HAPPY HOT HUNAN RESTAURANT, INC d/b/a HAPPY HOT HUNAN and YUNCHOU LIU a/k/a YUN CHOU LIU, is not liable under FLSA and NYLL overtime provisions, NYLL spread-of-hours provisions, and NYLL wage notice and wage statement provisions; and

　　　　That NYLL meal breaks and record-keeping provisions do not provide a private right of action.

Dated: New York, New York

　　　　_____, 2019

                                              _____
                                              HON. RONNIE ABRAMS
                                              United States District Judge

                                              This document was entered on the
                                              docket on _____.